AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00086 |
| Nolan Freeman | ) Assigned To : Judge Robin M. Meriweather |
| | ) Assign. Date : 3/5/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Nolan Freeman__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __03/05/2024__                                               _/s/ Robin M. Meriweather_ 2024.03.05 10:56:56 -05'00'
                                                                                            *Issuing officer's signature*

City and state:     __Washington, D.C.__                    __Robin M. Meriweather, U.S. Magistrate Judge__
                                                                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* __3/5/2024__ , and the person was arrested on *(date)* __3/19/2024__
at *(city and state)* __Carson City, NV__ .

Date: __3/19/2024__
                                                                          _Steven Kammerzell_
                                                                          *Arresting officer's signature*

                                                                          Steven Kammerzell, Special Agent
                                                                          *Printed name and title*